1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10  JESUS SILVA,                    ) CASE NO. CV 11-653-GW (PJW)
                                    )
11              Petitioner,         ) ORDER ACCEPTING REPORT AND
                                    ) ADOPTING FINDINGS, CONCLUSIONS,
12         v.                       ) AND RECOMMENDATIONS OF UNITED
                                    ) STATES MAGISTRATE JUDGE
13  MATTHEW CATE, SECRETARY OF CDCR,)
                                    )
14              Respondent.         )
                                    )
15

16      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
17 Petition, records on file, and the Report and Recommendation of the
18 United States Magistrate Judge.  Further, the Court has engaged in a
19 *de novo* review of those portions of the Report to which Petitioner has
20 objected.  The Court accepts the findings and recommendation of the
21 Magistrate Judge.
22      Further, for the reasons stated in the Report and
23 Recommendation, the Court finds that Petitioner has not made a
24 substantial showing of the denial of a constitutional right and
25 therefore, a certificate of appealability is denied.  *See* 28 U.S.C.
26
27
28

§ 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED:      November 7, 2013.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA11CV00653GW-O.wpd