UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SILVA, | CASE NO. CV 11-653-GW (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| MATTHEW CATE, SECRETARY OF CDCR, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 7, 2013.

_George H. Wu_
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA11CV00653GW-J.wpd